# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Milazzo, Jane T. | United States District Court, Easter District of Louisiana | 02/25/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

500 Poydras Street, Room C-206
New Orleans, Louisiana 70130

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | MJ Holding Company |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | Interest in one outstanding personal injury claim, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 02/25/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Mark A Mitchell, Sr. Lease Broker | $937.46 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Campus Federal Credit Union, Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First NBC Bank | Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 02/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | St. Tammany Parish Wide Sch LA Bonds | A | Interest | J | T | | | | | |
| 2. | Webster Parish LA Sch Dis 6 Bonds | A | Interest | J | T | | | | | |
| 3. | E.I. du Ponit de Nemours & Co Stock | B | Dividend | K | T | | | | | |
| 4. | General Electric Stock | B | Dividend | L | T | | | | | See note in Part VIII |
| 5. | Google, Inc. Stock | | None | L | T | | | | | |
| 6. | Driehaus Mut Fd Emerg Mkt Gro | A | Dividend | K | T | | | | | |
| 7. | Royce Opportunity Fund | A | Dividend | L | T | | | | | |
| 8. | Schwab Cap Tr Lauds In MkMaster | B | Dividend | J | T | | | | | |
| 9. | T. Rowe Midcap Equity Growth Fd #16 | A | Dividend | L | T | | | | | |
| 10. | Vanguard Index Fd Sml Cp Grw Inv | A | Dividend | M | T | | | | | |
| 11. | SPDR S&P 500 Trust | A | Dividend | L | T | | | | | |
| 12. | | | | | | | | | | see note in Part VIII |
| 13. | Columbia Property Trust,Inc. | A | Dividend | J | W | | | | | |
| 14. | Columbia Property Trust,Inc. | B | Dividend | K | W | | | | | |
| 15. | MetLife Mod/Agg Allocation Portfolio | | None | O | T | | | | | |
| 16. | MetLife Universal Life Cash Surrender Value | | None | K | T | | | | | |
| 17. | FMT/DFA Real Estate Securities | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 02/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FMT/DFA International Real Estate | | None | K | T | | | | | |
| 19. FMT/DFA Commodity Strategy Portfolio | | None | L | T | | | | | |
| 20. FMT/DFA US Large Cap Value | | None | L | T | | | | | |
| 21. FMT/DFA International Value | | None | L | T | | | | | |
| 22. FMT/DFA International Small Cap Value | | None | L | T | | | | | |
| 23. FMT/DFA Emerging Markets Value | | None | L | T | | | | | |
| 24. FMT International Value Opportunities (Tradewinds) | | None | L | T | | | | | |
| 25. FMT/DFA Emerging Markets Small-Cap | | None | L | T | | | | | |
| 26. START LA Account | A | Int./Div. | J | T | | | | | See note in Part VIII |
| 27. ING Fixed Acount | A | Int./Div. | K | T | | | | | |
| 28. Cash Accounts | A | Interest | L | T | | | | | See note in Part VIII |
| 29. Edward Jones Money Market Cash Account | A | Interest | K | T | | | | | See note in Part VIII |
| 30. American Movil SA De CV ADR | | None | J | T | | | | | See note in Part VIII |
| 31. AT&T, Inc | A | Dividend | J | T | | | | | |
| 32. Capital One Financial Corp | A | Dividend | K | T | | | | | |
| 33. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 34. Che.vron Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 02/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chicago Bridge & Iron Co (X) | A | Dividend | J | T | Buy (add'l) | 02/13/13 | J | | |
| 36. Comcast Corp Cl A (X) | A | Dividend | J | T | | | | | |
| 37. Ford Motor co | A | Dividend | J | T | | | | | |
| 38. Gatx Corp | A | Dividend | J | T | | | | | |
| 39. GlaxoSmithKline PLC | A | Dividend | J | T | | | | | |
| 40. Home Depot | A | Dividend | K | T | | | | | |
| 41. McDonalds | A | Dividend | J | T | | | | | |
| 42. Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 43. Pepco Holdings Inc | A | Dividend | J | T | | | | | See note in Part VIII |
| 44. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 45. Southwest Airlines | A | Dividend | J | T | | | | | |
| 46. Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 47. Tredegar Industries | A | Dividend | J | T | | | | | |
| 48. Verizon | A | Dividend | J | T | | | | | |
| 49. Allstate Corp | A | Dividend | J | T | | | | | |
| 50. | | | | | | | | | See note in Part VIII |
| 51. Archer Daniels Miand co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 02/25/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Arthur & Gallagher | A | Dividend | J | T | | | | | |
| 53. Hancock Holding Co | A | Dividend | J | T | | | | | |
| 54. IBM | A | Dividend | J | T | | | | | |
| 55. JPMorgan Chase | A | Dividend | J | T | | | | | |
| 56. Microsoft (X) | A | Dividend | J | T | | | | | |
| 57. Rockwell Automation | A | Dividend | J | T | | | | | |
| 58. Rockwell Collins Inc (X) | A | Dividend | J | T | | | | | |
| 59. Time Warner Inc New (X) | A | Dividend | J | T | | | | | |
| 60. UBS Ag new | A | Dividend | J | T | | | | | |
| 61. Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 62. Walt Disney co | A | Dividend | J | T | | | | | |
| 63. Yum Brands | A | Dividend | J | T | | | | | |
| 64. Gabelli Equity Trust co (X) | A | Dividend | J | T | | | | | |
| 65. PIF Temp Dollar Fund #20 | A | Interest | K | T | | | | | |
| 66. Amazon Company Inc | | None | K | T | | | | | |
| 67. Arthur Gallagher & Co | A | Dividend | K | T | | | | | |
| 68. Medtronic Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 02/25/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MJ Holding Company, see assets below (H) | | | | | | | | | |
| 70. Property #1, Napoleonville, LA | | None | | | Sold | 09/16/13 | L | D | |
| 71. Property #2, Napoleonville, LA | | None | J | W | | | | | |
| 72. Property #3, Napoleonville, LA | A | Rent | | | Sold | 01/20/13 | K | E | |
| 73. Property #4, Napoleonville, LA | | None | K | W | | | | | |
| 74. Property #5, Napoleonville, LA | | None | K | W | | | | | |
| 75. Airtap Communications, LLC | | None | J | U | | | | | |
| 76. Multicom Investments, LLC | | None | J | U | | | | | |
| 77. Barclays Bk PLC IPath Dow Jones AIG Commodity | | None | J | T | | | | | |
| 78. Ishares MSCI EAFE Value Index Fund | A | Int./Div. | K | T | | | | | |
| 79. SPDR Global Real Estate ETF | | None | J | T | | | | | |
| 80. SPDR Emerging Small Cap | | None | J | T | | | | | |
| 81. Vanguard Value ETF MSCI US Prime Market | A | Int./Div. | K | T | | | | | |
| 82. Vanguard Total World Stock ETF | A | Int./Div. | K | T | | | | | |
| 83. Vanguard MSCI Emerging Markets ETF | A | Int./Div. | K | T | | | | | |
| 84. SPDR S&P ETF Trust | A | Dividend | K | T | | | | | See note in Part VIII |
| 85. Pepsico Inc. | A | Dividend | J | T | | | | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 02/25/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1

As a partner in MJ Holding Company, I do have the ability to direct or influence policy decisions which affect the purchase, exchange, sale, or disposition of the specific assets within this partnership; therefore, I have identified the assets of the partnership in Section 7, numbers 69-74.

Part VII

Transaction #35 - Shaw Group Inc was reorganized on 2/13/13 by Chicago Bridge and Iron Co. Therefore, the stock is now named Chicago Bridge & Iron Co.

Transaction #13 and #14 - Wells REIT II was renamed Columbia Property Trust, Inc. in 2013.

Transaction #84 - The sale of this property was inadvertently omitted from the 2012 FDR. It was sold in 2012.

From FDS - UBS Cash Account (#38 on 2012 report) - small cash amount withdrawn during 2013, value on 12/31/13 was $0

Amended Information:

1. Transaction #12 "Ameritrade Cash" and #28 "Campus Federal Credit Union Cash Accounts" are the same asset. These are both cash accounts and therefore, transaction #12 is deleted on the amended financial disclosure report. In 2012, the cash accounts were listed as Transaction #26 "Campus Federal Credit Union Defined Comp 457 Plan cash account". These are all cash accounts. The Amended 2013 Financial Disclosure Report reflects these assets in Transaction #28 "Cash Accounts".

2. Transaction #26 "START LA Account" on this report is the same as Transaction #86 "Louisiana's 529 College Savings Program" on the 2012 Financial Disclosure Statement. Despite the difference in the description on the reports, these are the same asset.

3. Transaction #50 "America Movil SA de CB ADR L" is the same asset as Transaction #30 "America Movil SA De CB ADR". Therefore, on the amended Financial Disclosure Report, Transaction #50 "America Movil SA de CB ADR L" has been deleted and it is included with Transaction #30.

4. Transaction #43 on this amended report reflects the combined holdings of Chevron Corporation that was reported on two lines (#58 and #43) of the prior (2012) year report.

5. Transaction #29 "Edward Jones Money Market Cash Account" on this amended report reflects the combined holdings of Edward Jones Money Market Account that was reported on two lines (#37 and #53) of the prior (2012) year report.

6. Transaction #4 "General Electric Stock" reflects the combined holdings of General Electric Co that was reported on two lnes (#4 and #75) of the prior (2012) year report.

7. Transaction #84 "SPDR S&P ETF Trust" was left off the original report in error. The amended report reflects this asset.

8. Transaction #85 "Pepsico Inc" was left off the original report in error. The amended report reflects this asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane T. Milazzo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544